Commonwealth ex rel. Weathers, Appellant, v.
Botula.

Submitted June 8, 1964. *Thomas Weathers,* appellant, in propria persona; *Louis Abromson,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for appellee.

Order affirmed.

Commonwealth ex rel. Whitby, Appellant, v.
Myers.

Submitted June 8, 1964. *William Whitby,* appellant, in propria persona; *A. Alfred Delduco,* District Attorney, for appellee.

Order affirmed.

Commonwealth ex rel. Wurster v. Bubb,
Appellant.

Argued June 9, 1964. *George M. Hess, Jr.,* for appellant; *W. Dorland Rouse,* for appellee.

Order affirmed.